UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADAM TROTTER,<br><br>           Plaintiff,<br><br>    v.<br><br>EXXONMOBIL CORP., *et al.*,<br><br>           Defendants. | Case No. 2:17-cv-02279-PSG (JCx)<br><br>Judge:     Hon. Philip S. Gutierrez<br>Courtroom:  6A<br><br>[~~PROPOSED~~] FINAL JUDGMENT |

For the reasons stated in the Court's November 29, 2018 Order GRANTING Defendants' Motion for Summary Judgment (Dkt. 140), FINAL JUDGMENT IS HEREBY ENTERED in favor of Exxon Mobil Corporation, ExxonMobil Oil Corporation, and ExxonMobil Refining and Supply Company, and against Plaintiff Adam Trotter. The Clerk SHALL CLOSE THE FILE.

**IT IS SO ORDERED.**

PHILIP S. GUTIERREZ

Dated: 12/13/18  _____

The Honorable Philip S. Gutierrez